1  **GRIMM, VRANJES & GREER LLP**
   MARK VRANJES, Esq. (SBN 106447)
2  E-mail: mvranjes@gvgllp.com
   MATTHEW MORACHE, Esq. (SBN 216253)
3  E-mail: mmorache@gvgllp.com
   Post Office Box 129012
4  San Diego, CA  92112-9012
   Tel: (619) 231-8802 Fax: (619) 233-6039

5  Attorneys for Plaintiff
   NORTH AMERICAN CAPACITY INSURANCE
6  COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY, a foreign corporation, <br><br> Plaintiff, <br><br> v. <br><br> BAY AREA MECHANICAL ENGINEERING, INC., a California corporation; PHILADELPHIA INDEMNITY INSURANCE COMPANY, a foreign corporation; JACK BERZIN, an individual and DOES 1-200, inclusive. <br><br> Defendants. | Case No.: C 13-05767 SC <br><br> **STIPULATION TO DISMISS DEFENDANTS; and ORDER THEREON** <br><br> Judge:  Hon. Samuel Conti <br> Trial Date: None set |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, NORTH AMERICAN CAPACITY INSURANCE COMPANY ("NAC") and Defendants, BAY AREA MECHANICAL ENGINEERING, INC. ("BAME"), JACK BERZIN ("BERZIN") and PHILADELPHIA INDEMNITY INSURANCE COMPANY ("PHILADELPHIA") through their designated counsel that Defendants BAME, BERZIN and PHILADELPHIA be and hereby are dismissed with prejudice from the above-captioned action pursuant to FRCP 41(a)(1)(A)(ii).

1

Plaintiff, NAC and Defendants, BAME, BERZIN and PHILADELPHIA further stipulate to bear their own costs and fees.

Dated: 5/28/14

GRIMM, VRANJES & GREER LLP

By: *Matthew Morache* /s/
Mark Vranjes
Matthew Morache
Attorneys for Plaintiff
NORTH AMERICAN CAPACITY INSURANCE COMPANY

Dated: 5/28/14

MEREDITH, WEINSTEIN & NUMBERS, LLP

By: *Barron Weinstein* /s/
Barron L. Weinstein, Esq.
Attorneys for Defendants, BAY AREA MECHANICAL ENGINEERING, INC. and JACK BERZIN

Dated: 5/28/14

BAUMAN, LOEWE, WITT & MAXWELL, PLLC

By: *Mark Bauman* /s/
Mark C. Bauman, Esq.
Attorneys for Defendant,
PHILADELPHIA INDEMNITY INSURANCE COMPANY

/ / /

/ / /

/ / /

/ / /

/ / /

2

1  I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: September 9, 2014

GRIMM, VRANJES & GREER LLP

By: *Matthew Morache* /s/
_____
Mark Vranjes
Matthew Morache
Attorneys for Plaintiff
NORTH AMERICAN CAPACITY
INSURANCE COMPANY

## ORDER

Pursuant to stipulation of Plaintiff, NAC and Defendants and good cause existing therefore, IT IS HEREBY ORDERED that Defendants, BAME, BERZIN and PHILADELPHIA be dismissed without prejudice, with each party to bear their own costs and fees.

DATED: 09/10/2014

_____
Hon. Samuel Conti
Judge of the District Court

W:\Cases\2167904\PLD\STIP\01468158.DOCX